# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1644
LT Case No. 2017-CA-001013

_____

ARIN P. O'DONNELL,

    Appellant,

    v.

BRIAN T. O'DONNELL,
ROBERT S. O'DONNELL,
NANCY L. O'DONNELL,
DONNA M. O'DONNELL, and
LORI J. VAUGHN,

    Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

Arin P. O'Donnell, Spring Hill, pro se.

Felix G. Montanez, of Montanez Law Firm, Tampa, and Heather
Cherepkai, of Moffa, Sutton, & Donnini, P.A., Tampa, for
O'Donnell Appellees.

Felix G. Montanez, of The Law Office of Felix G. Montanez, P.A.,
Tampa, for Appellee, Lori J. Vaughn.

July 14, 2026

PER CURIAM.

AFFIRMED.

BOATWRIGHT, KILBANE, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____